STEVEN G. KALAR
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant THOMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-12-327 SBA |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION VACATING STATUS CONFERENCE AND SETTING MATTER |
| vs. | ) ) | BEFORE DISTRICT COURT |
| KHADIJA THOMPSON, | ) ) | |
| Defendant. | ) ) ) | Date: January 28, 2015 Time: 9:30 a.m. Court: Hon. Kandis A. Westmore |

    This matter is currently scheduled for a status conference regarding a pending Form 12 petition on January 28, 2015 at 9:30 a.m. The parties are investigating the charges and discussing a possible joint recommendation regarding disposition of the petition. The parties agree that the January 28, 2015 status before Magistrate Judge Westmore should be vacated, and ask that the matter be placed on Judge Armstrong's March 11, 2015 calendar for admission and possible disposition.

Date: January 26, 2015            /s/ Ned Smock
                                      NED SMOCK
                                      Assistant Federal Public Defender

Date: January 26, 2015            /s/ Wade Rhyne
                                      WADE RHYNE
                                      Assistant United States Attorney

1

**ORDER**

This matter is currently scheduled for a status conference on January 28, 2015 on the pending Form 12 petition. The parties are investigating the charges and discussing possible resolution. Accordingly, the January 28, 2015 status conference is VACATED, and the matter will be placed before Judge Armstrong for admission and possible disposition on March 11, 2015.

IT IS SO ORDERED.

Date: January 27, 2015

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge